**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 24, 2008 |
| Court Reporter: Janet Coppock | Time: 31 minutes |
| Probation Officer: Elizabeth Oppenheimer | Interpreter: n/a |

---

**CASE NO. 98-CR-00048-EWN**

<u>Parties</u>                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**                Susan Knox

            Plaintiff,

vs.

**NORMAN C. DAVIS,**                            Jeffrey Edelman

            Defendant.

---

**HEARING ON MOTIONS TO DISQUALIFY and FOR REDUCTION OF SENTENCE**

---

**4:18 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is not present

Court advised that the defendant has been denied entrance to the Courthouse for failure to provide identification.

Court will take a brief recess to access the defendant into the Courthouse.

**4:19 p.m.      COURT IN RECESS**

**4:25 p.m.      COURT IN SESSION**

Court inquires if counsel feel there is a conflict with Judge Brimmer presiding over these proceedings.

Counsel concur no conflict exists.

**Defendant's Motion to Disqualify The Judge (Doc #69), filed 10/24/08.**

**4:26 p.m.**      Argument by Mr. Edelman.

**4:33 p.m.**      Argument by Ms. Knox.

**4:35 p.m.**      Further argument by Mr. Edelman.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion to Disqualify The Judge (Doc #69), filed 10/24/08 is **DENIED.**

**Defendant's Supplemental Motion to Reduce Sentence (Doc #62), filed 9/19/08.**

**4:48 p.m.**      Comments by Mr. Edelman.

**4:51 p.m.**      Comments by Ms. Knox.

Court states its findings and conclusions.

**ORDERED:** Defendant's Supplemental Motion to Reduce Sentence (Doc #62), filed 9/19/08 are **DENIED.**

**4:55 p.m.      COURT IN RECESS**

**Total in court time:      31 minutes**

**Hearing concluded**